**Order entered December 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00881-CV

### OHIO GRAVY BISCUIT, INC. AS TRUSTEE FOR THE WOODHAVEN DRIVE 1401 LAND TRUST, Appellant

### V.

### NRZ PASS-THROUGH TRUST X, US BANK NATIONAL ASSOCIATION AS TRUSTEE, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04848-2019**

## ORDER

Before the Court is appellant's December 14, 2020 unopposed motion for leave to file late brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 11, 2021.

/s/     KEN MOLBERG
        JUSTICE